UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-60480

LUIS SIERRA,

    Plaintiff,

vs.

RREMC III LLC d/b/a DENNY'S #6833,
HS 17TH STREET LLC,

    Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiff, LUIS SIERRA, and Defendants, RREMC III LLC d/b/a DENNY'S #6833, HS 17TH STREET LLC, by and through the undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the immediate dismissal of the above referenced action with prejudice, with the Court to retain jurisdiction for enforcement purposes, as the parties have amicably settled this matter.  Each party shall bear his/its own attorneys' fees and costs.

    AGREED and STIPULATED on this 22th day of May, 2017.

| | |
|---|---|
| */s/ Jessica L. Kerr*_____ | */s/ Allen J. Heffner*_____ |
| Jessica L. Kerr, Esquire | Allen J. Heffner, Esquire |
| Florida Bar No. 92810 | Florida Bar No. 84252 |
| **THE ADVOCACY GROUP** | **LOREN & KEAN LAW** |
| 333 Las Olas Way, CU3 Suite 311 | 7111 Fairway Drive, Suite 302 |
| Fort Lauderdale, FL 33301 | Palm Beach Gardens, Florida 33418 |
| Telephone: (954) 282-1858 | Telephone: (561) 615-5701 |
| Email: service@advocacypa.com | Email: aheffner@lorenkeanlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of May 2017, a true and correct copy of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Jessica L. Kerr*
Jessica L. Kerr, Esquire
Florida Bar No. 92810