**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 17-cv-60480-BLOOM/Valle**

LUIS SIERRA,

    Plaintiff,

v.

RREMC III LLC d/b/a DENNY'S #6833
and HS 17TH STREET LLC,

    Defendants.
_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court upon the parties' Stipulation of Dismissal with Prejudice, ECF No. [27] ("Stipulation"), filed on May 22, 2017. The Court has carefully reviewed the Stipulation and the record, and is otherwise fully advised in the premises. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [27]** is **APPROVED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. The Court shall retain jurisdiction for the sole purpose of enforcing the terms of the parties' settlement;

5. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

6. The Clerk of Court is directed to **CLOSE** this case.

Case No. 17-cv-60480-BLOOM/Valle

**DONE AND ORDERED** in Miami, Florida, this 23rd day of May, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record